UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A10 NETWORKS, INC., a California Corporation,<br><br>           Plaintiff,<br>      v.<br><br>F5 NETWORKS, INC., a Washington Corporation,<br><br>           Defendant. | Case No.: C 11-5458 PSG<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Re: Docket No. 8)** |

Having considered the papers regarding Plaintiff A10 Networks, Inc.'s administrative motion to consider whether *A10 Networks Systems, Inc. v. Brocade Communications Systems, Inc.* (Case No. 11-5493-WHA) should be related to the current case, and finding good cause therefor,

The court DENIES the motion.[1] "[T]he undersigned judge would be willing to coordinate certain claim construction issues (and those issues only) if the parties so stipulate, the assigned judges consent, and the parties make a showing that the same phrases in the same claims require interpretation."[2]

Dated: 11/30/2011

　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *Cf. EIT Holdings LLC v. Yelp!, Inc., et al.*, Case No. 10-5623 (WHA), Docket No. 86 at 4.

[2] *Id.*

1

Case No.: C 11-5458 PSG
ORDER